IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

JANE DOE,
       Plaintiff,

v.                      Civil Action No.: _____

KELLY DEAN GOFF,
       Defendant.

## JANE DOE'S MOTION TO PROCEED PSEUDONYMOUSLY

Jane Doe seeks to proceed under a pseudonym in the filing and prosecution of the attached Complaint against Defendant, due to the highly sensitive and private nature of facts involved in this case and will safeguard Ms. Doe's privacy as well as her physical and emotional wellbeing without prejudicing the existing parties in this case.

1. Jane Doe is the Plaintiff in this lawsuit. Ms. Doe's complaint is based on the Defendant's violation of Plaintiff's rights under a cause of action Civil action relating to disclosure of intimate images pursuant to 15 U.S.C. § 6851.

2. The Violence against Womens Act reauthorization that forms the cause of action specifically permits Plaintiff to seek to proceed pseudonymously. See 15 U.S.C. §6851(b)(3)(B): "(B)Preservation of anonymity. In ordering relief under subparagraph (A), the court may grant injunctive relief maintaining the confidentiality of a plaintiff using a pseudonym."

3. All of the applicable factors courts consider in determining whether to permit a party to proceed pseudonymously warrant granting Ms. Doe that relief in this matter. The very cause of action at the heart of this complaint is a massive and vicious invasion of the Plaintiff's privacy. Using a pseudonym would also protect Ms. Doe from exacerbating the significant psychological distress she has already experienced due to the Defendant's disclosure of the sensitive images at issue in this matter.

4. Insisting that Ms. Doe proceed under this statute using her legal name would have the paradoxical effect of destroying the privacy interest she seeks to protect.

5. Although Ms. Doe's privacy has already been compromised by the intrusive disclosures in this case she is still entitled to seek protection from further disclosure of that information and restore her privacy.

6. Permitting Ms. Doe to proceed under a pseudonym will not prejudice any of the parties because the Defendant knows her identity and she only seeks to conceal her identity from further disclosure to the public.

7. No public interest is served by revealing Ms. Doe's legal name to the public.

For the foregoing reasons, as well as those expressed in the accompanying memorandum of law, Jane Doe respectfully urges this Court to GRANT this motion and permit her to proceed under a pseudonym, and permit the attached Complaint to be filed on the public record as drafted In addition, the Court should remove any

identifiable information from the public docket with regard to this matter, and any other, further or different relief to which she may be entitled.

                                      RESPECTFULLY SUBMITTED,

                                  /s/ Scott W. Hunter                .
                                SCOTT W. HUNTER (HUNTS6164)
                                Attorney for Plaintiff, Jane Doe

OF COUNSEL:

SCOTT W. HUNTER, LLC

Post Office Box 999

Point Clear, Alabama 36564

(251) 928-0966

swhunterlaw@gmail.com