IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JANE DOE,                                )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )        CIV. ACT. NO.  1:25-cv-323-TFM-B
                                         )
KELLY DEAN GOFF,                         )
                                         )
        Defendant.                       )

## ORDER

The Complaint in this case was filed on August 5, 2025.  *See* Doc. 1.  Fed. R. Civ P. 4(m) states "[i]f a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But, if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."

The Plaintiff requested and received two extensions on service.  The motion recent request expired on January 5, 2026 pursuant to the calculations under Fed. R. Civ. P. 26(a)(1).  To date there is no indication that Defendant Kelly Dean Goff has been properly served.  As such, the Court **ORDERS** that Plaintiff show cause on or before **January 23, 2026** why the case should not be dismissed without prejudice from this action pursuant to Fed. R. Civ. P. 4(m).  If Plaintiff seeks an additional extension, then the motion needs to include the efforts previously made and the plan to accomplish service.

**DONE** and **ORDERED** this 7th day of January, 2026.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE