IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV. ACT. NO. 1:25-cv-323-TFM-B |
| | ) |
| KELLY D. GOFF, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Pending before the Court is the *Motion for Leave to File Attachment to Motion to Dismiss Under Seal* (Doc. 14, filed 1/21/26). For good cause shown, it is **ORDERED** that the motion is **GRANTED** and the exhibit remains sealed.

The Court does note that neither the motion to dismiss nor the motion to seal address whether the Court can even consider the photo at this stage of proceedings. Generally, when considering a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), the Court is restrained to consider the allegations within the four corners of the complaint. *See Speaker v. United States HHS CDC & Prevention*, 623 F.3d 1371, 1379 (11th Cir. 2010). An exception to the general rule is recognized "if [the extrinsic document] is (1) central to the plaintiff's claim, and (2) its authenticity is not challenged." *SFM Holdings, Ltd. v. Banc of Am. Sec., LLC*, 600 F.3d 1334, 1337 (11th Cir. 2010); *see also Fin. Sec. Assurance, Inc. v. Stephens, Inc.*, 500 F.3d 1276, 1285 (11th Cir. 2007) (considering document attached to motion to dismiss because "it [was] referred to in the complaint, it [was] central to [the plaintiff's] . . . claim, . . . and neither party challenge[d] its authenticity"); *Harris v. Ivax Corp.*, 182 F.3d 799, 802 n.2 (11th Cir. 1999) (stating

that "a document central to the complaint that the defense appends to its motion to dismiss is also properly considered, provided that its contents are not in dispute").

The Court recognizes that the first element is met – i.e. that the photo is central to the plaintiff's claim. However, in their respective briefing on the motion to dismiss, the parties must specifically address whether there is any challenge to its authenticity.

**DONE** and **ORDERED** this 27th day of January 2026.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE