IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    CIV. ACT. NO. 1:25-cv-323-TFM-B |
| | ) |
| KELLY DEAN GOFF, | ) |
| | ) |
|    Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff's *Motion for Leave to Amend Complaint* (Doc. 24, filed 2/13/26). Plaintiff's motion is filed in conjunction with her response to the Defendant's motion to dismiss (Doc. 13) which is timely filed based on the Court's briefing schedule. While it cannot be considered pursuant to Fed. R. Civ. P. 15(a)(1) because it is more than 21 days from the service of the motion to dismiss, it can be considered under Fed. R. Civ. P. 15(a)(2).

Fed. R. Civ. P. 15(a)(2) provides that a party may amend its pleading "with the opposing party's consent or the court's leave," and that "the court should freely give leave when justice so requires." The Eleventh Circuit has stated "the rule contemplates that leave shall be granted unless there is substantial reason to deny it." *Halliburton & Assocs., Inc. v. Henderson, Few & Co.*, 774 F.2d 441, 443 (11th Cir. 1985).

Given that this case is at its nascent phase, the Court finds it appropriate and **GRANTS** the motion to amend (Doc. 24). Plaintiff shall docket her amended complaint no later than **February 25, 2026**. The amended complaint will become the operative complaint and the motion to dismiss (Doc. 13) will be rendered **MOOT**. Defendant shall file an answer or other responsive pleading in accordance with Fed. R. Civ. P. 15(a)(3) once the amended complaint is docketed.

**DONE** and **ORDERED** this 18th day of February 2026.

                                      <u>/s/ Terry F. Moorer</u>
                                      TERRY F. MOORER
                                      UNITED STATES DISTRICT JUDGE