```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                  SOUTHERN DIVISION
```

| | |
|---|---|
| **JANE DOE,** | \* |
| | \* |
|     Plaintiff, | \* |
| | \* |
| vs. | \* CIVIL ACTION NO. 25-00323-TFM-B |
| | \* |
| **KELLY DEAN GOFF,** | \* |
| | \* |
|     Defendant. | \* |

## ORDER

This action is before the Court on the Report of Parties' Planning Meeting (Doc. 26). Upon review, the undersigned finds that a scheduling conference, prior to entry of the scheduling order, will aid the Court and the parties in working to secure a just, speedy, and inexpensive resolution of this matter. See Fed. R. Civ. P. 1 & 16(b)(1)(B).

Accordingly, this action is hereby set for a Rule 16(b) scheduling conference before the undersigned Magistrate Judge, via telephone, on **March 13, 2026,** at **10:00 a.m. (CDT).** **Telephone call-in information: 571-353-2301 (Guest ID: 002111801#).**

In preparation for the scheduling conference, counsel for the parties shall familiarize themselves with the underlying facts of the case and shall be prepared to discuss the specific discovery that will likely be needed, the existence and location of any

electronic discovery, and the parties' efforts to resolve this case.

**DONE** this **2nd** day of **March, 2026.**

                                                                  /s/ SONJA F. BIVINS
                                          **UNITED STATES MAGISTRATE JUDGE**