IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JANE DOE,                                   )
                                            )
        Plaintiff,                          )
                                            )
v.                                          )        CIV. ACT. NO. 1:25-cv-323-TFM-B
                                            )
KELLY DEAN GOFF,                            )
                                            )
        Defendant.                          )

## ORDER

Pending before the Court is Plaintiff's *Motion for Leave to Amend Complaint* (Doc. 35, filed 3/20/26).  Defendant is **ORDERED** to show cause on or before **April 3, 2026** why this motion should not be granted.

The Court also puts Plaintiff on notice that prior to filing such a motion in the future, counsel must confer with opposing counsel to determine whether the motion is opposed or unopposed and include such language in the motion.

**DONE** and **ORDERED** this 20th day of March 2026.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE