IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JANE DOE, | * | |
| | * | |
|     Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL ACTION NO. 25-00323-TFM-B |
| | * | |
| KELLY DEAN GOFF, | * | |
| | * | |
|     Defendant. | * | |

## ORDER

This action is before the Court on review.  In the Rule 16(b) scheduling order dated March 13, 2026, the Court ordered counsel for the parties to "confer regarding a joint proposed protective order addressing the safeguarding of confidential documents exchanged during discovery in this case and electronic discovery," and to "file with the Court, no later than **March 27, 2026,** a joint proposed protective order."  (Doc. 32 at 6 (emphasis in original)). The docket reflects that the parties have not filed a joint proposed protective order as directed.  Therefore, upon consideration, the parties are **ORDERED** to file the joint proposed protective order, and to **SHOW CAUSE** for their failure to comply with the Court's Rule 16(b) scheduling order, by **April 9, 2026.**

ORDERED this **6th** day of **April, 2026.**

/s/ SONJA F. BIVINS
**UNITED STATES MAGISTRATE JUDGE**