**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **JANE DOE,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **vs.** | * CIVIL ACTION NO. 25-00323-TFM-B |
| | * |
| **KELLY DEAN GOFF,** | * |
| | * |
| **Defendant.** | * |

<u>**ORDER**</u>

This action is before the Court on the parties' responses to the Court's show cause order dated April 6, 2026 (Docs. 43, 44). Upon consideration, this action is hereby set for a show cause hearing before the undersigned Magistrate Judge on **April 21, 2026,** at **2:00 p.m. (CDT),** in **Courtroom 5A** of the United States District Courthouse, 155 St. Joseph Street, Mobile, Alabama 36602.  Counsel for Plaintiff and counsel for Defendant are directed to appear in person for the hearing.

ORDERED this **14th** day of **April, 2026.**

                                                  **/s/ SONJA F. BIVINS**
                                    **UNITED STATES MAGISTRATE JUDGE**