**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **JANE DOE,** | * |
| | * |
|     **Plaintiff,** | * |
| | * |
| **vs.** | *  **CIVIL ACTION NO. 25-00323-TFM-B** |
| | * |
| **KELLY DEAN GOFF,** | * |
| | * |
|     **Defendant.** | * |

## ORDER

This action is before the Court on Defendant Kelly Dean Goff's motion to compel (Doc. 56).  Plaintiff is **ORDERED** to file a response to the motion on or before **August 14, 2026.**  Additionally, this action is hereby set for a discovery conference before the undersigned Magistrate Judge on **August 17, 2026,** at **10:00 a.m. (CDT),** in **Courtroom 5A** of the United States District Courthouse, 155 St. Joseph Street, Mobile, Alabama 36602.  Counsel for Plaintiff and counsel for Defendant are directed to appear **in person** for the discovery conference.

    **ORDERED** this **10th** day of **August, 2026.**

                                      **/s/ SONJA F. BIVINS**
                               **UNITED STATES MAGISTRATE JUDGE**