**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JANE DOE,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | **CIVIL ACTION NO. 25-00323-TFM-B** |
| | * | |
| **KELLY DEAN GOFF,** | * | |
| | * | |
| **Defendant.** | * | |

**ORDER**

Based on the representations of counsel at the discovery conference conducted on August 17, 2026, the Court finds that this action may benefit from the use of special procedures to assist in resolving the dispute, such as mediation. The Court further finds that there are special procedures available in this District which will assist in securing a "just, speedy, and inexpensive determination" of the issues raised in this action. See Fed. R. Civ. P. 1. Accordingly, it is **ORDERED:**

This action is hereby scheduled for a settlement conference before the undersigned Magistrate Judge on **September 1, 2026**, at **10:00 a.m. (CDT)**, in **Courtroom 5A** of the United States District Courthouse, 155 St. Joseph Street, Mobile, Alabama 36602.

The parties and their counsel are directed to appear in person for the duration of the settlement conference. Failure of any of the parties or their representatives to appear personally for the settlement conference will result in sanctions being entered

against them.

In preparation for and in order to facilitate the scheduled settlement conference, counsel for each party is to submit to the undersigned in chambers by **5:00 p.m. (CDT)**, on **August 28, 2026**, a confidential settlement statement[1] which includes the following:

1. A brief statement of the facts giving rise to this action;

2. The total cost (attorney fees and expenses) to your client to litigate this case to date, **and** the total estimated cost to your client to continue this action beyond the settlement conference date, including the cost of trial through appeal;

3. The history and status of any settlement negotiations, including the last settlement proposal **made by you and to you**;

4. The major obstacle, as you perceive it, to settlement;

5. A settlement proposal that you would be willing to make in order to conclude the matter and stop the expense of litigation; and

6. The name of each person attending the settlement conference on your behalf.

All communications made in connection with the settlement conference are confidential and will not be disclosed to anyone,

[1] **Do not file the confidential settlement statement.** The confidential settlement statement shall be emailed to Judge Bivins via her docketing clerk at **Shannon_Davison@alsd.uscourts.gov.**

unless otherwise agreed to by the parties. The confidential settlement statements and any documents requested and submitted for the settlement conference will be maintained in chambers and will be destroyed after the conference.

**ORDERED** this **17th** day of **August, 2026.**

**/s/ SONJA F. BIVINS**
**UNITED STATES MAGISTRATE JUDGE**