**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JANE DOE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIV. ACT. NO. 1:25-cv-323-TFM-B** |
| | ) | |
| **KELLY DEAN GOFF,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

On September 13, 2026, Defendant Kelly Dean Goff filed a *Motion for Reconsideration of the Court's Order Dated September 9, 2026 and Motion to Reopen Discovery* (Doc. 71). Defendant requests the Court reconsider its previous Order (Doc. 70) in which it construed as a motion for summary judgment his motion to dismiss (Doc. 69) Plaintiff Jane Doe's state-law claim of outrage that was added in her Second Amended Complaint. Doc. 71. Defendant argues his motion to dismiss addressed only pleading deficiencies as to Plaintiff's claim of outrage and he has not had an opportunity to conduct discovery as to that claim, all of which effort may be wasted if the Court decides the pending motion for summary judgment as to Plaintiff's federal-law claim (Doc. 39) in his favor and declines supplemental jurisdiction of her state-law claim. Doc. 71.

On September 14, 2026, Plaintiff filed her response in opposition to Defendant's motion for summary judgment as to her federal-law claim and the construed motion for summary judgment as to her state-law claim. Doc. 72. In the response, Plaintiff presents arguments that address her federal-law claim and, as to her state-law claim, acknowledges the Court would lose supplemental jurisdiction if it decides the motion for summary judgment as to the federal-law claim (Doc. 39) in Defendant's favor. Doc. 72.

Based on what the parties present in their respective filings, it seems clear both parties

prefer the Court decide the disposition of Plaintiff's federal-law claim (Doc. 39) before proceeding to the state-law claim. The Court will thus proceed on that path.

Currently, the briefing for the construed motion for summary judgment (Doc. 69) is due by October 19, 2026. Doc. 70. The Court now adjusts that schedule based upon the current path. The Court suspends further briefing as it relates to Count Two. Since Plaintiff has filed a response in opposition to the summary judgment on Count One, the Court adjusts the deadline for Defendant's reply to now be filed no later than **September 23, 2026**. The reply should only address Count One.

Additionally, this matter is **SET** for oral argument on the motion for summary judgment only as to Plaintiff's federal-law claim (Doc. 39). Oral arguments will be held on **October 2, 2026,** at **10:00 a.m.** in Courtroom 3B of the United States Federal Courthouse, 155 Saint Joseph Street, Mobile, Alabama 36602. Counsel and both parties are **DIRECTED** to be present. The Court will address discovery and further briefing on Count Two after it resolves the summary judgment motion as it relates to Count One.

Based on the above, the motion for reconsideration (Doc. 71) is **GRANTED in part** and only to the extent the Court will first resolve the disposition of Count One. The motion is otherwise **HELD IN ABEYANCE** as it relates to Count Two and its request to reopen discovery.

**DONE** and **ORDERED** this 14th day of September 2026.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE