**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JANE DOE,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | **CIVIL ACTION NO. 25-00323-TFM-B** |
| | * | |
| **KELLY DEAN GOFF,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

**ORDER**

This action is before the Court due to Plaintiff's counsel's failure to participate in the status conference in accordance with the undersigned's order dated September 15, 2026. The record reflects that on September 14, 2026, Plaintiff's counsel filed a motion requesting to resume the settlement conference in this case.[1] (Doc. 73). In response, the undersigned issued an order setting this case for a status conference, via telephone, on September 17, 2026. (Doc. 76). Plaintiff's counsel failed to participate in the status conference and further failed to provide the Court with advance notice that he would not be able to participate. This is not the first instance in which Plaintiff's counsel has failed to comply with this Court's orders. Accordingly, Plaintiff's counsel is **DIRECTED** to **SHOW CAUSE** by

[1] The undersigned conducted a settlement conference on September 1, 2026, with the parties and their counsel in attendance.

**September 23, 2026,** why sanctions should not be entered against him due to his repeated failure to comply with orders of this Court.

**ORDERED** this **18th** day of **September, 2026.**

**/s/ SONJA F. BIVINS**
**UNITED STATES MAGISTRATE JUDGE**